UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ILLINOIS

In re:                                          )
                                                )
**GORDON, JENAY MARIE**                         )    Bankruptcy Case No. 17-11292 ABG
                                                )    Chapter 7
                                                )
Debtor(s).                                      )

---

### CERTIFICATE OF SERVICE

---

The undersigned certifies that on September 29, 2018 I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

GORDON, JENAY MARIE
1071 WARREN LANE
VERNON HILLS, IL 60061

MARCELINO DIAZ
Ferris Thompson & Zweig Ltd.
438 Lakehurst Road
Gurnee, IL 60031

LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

ILENE F. GOLDSTEIN
900 Skokie Blvd
Suite 128
Northbrook, IL 60062

1        Cavalry SPV I, LLC
         500 Summit Lake Drive, Ste 400

Valhalla, NY 10595

2       Cavalry SPV I, LLC
        500 Summit Lake Drive, Ste 400
        Valhalla, NY 10595

3       Suntrust Bank
        American Education Services
        PO Box 8183
        Harrisburg, PA 17105

4       American Express National Bank
        c/o Becket and Lee LLP
        PO Box 3001
        Malvern, PA 19355-0701

<u>/s/ ILENE F. GOLDSTEIN</u>

Chapter 7 Trustee
ILENE F. GOLDSTEIN, Trustee
900 Skokie Blvd
Suite 128
Northbrook, IL 60062
Phone: (847) 562-9595
Fax: (847) 564-8402